**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 02 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Brandon Jaquay Holmes_____, Plaintiff

v.

N. Rudd, Title lieutenant___, (Demand Jury Trial)

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |
| **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Brandon Jaquay Holmes # 73170-004        U.S. Penitentiary MAX. ADX
_____    P.O. Box 8500
(Name, prisoner identification number, and complete mailing address)    Florence, CO 81226

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
_✓_    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    N. Rudd, lieutenant        U.S. Penitentiary MAX. ADX
_____    P.O. Box 8500
(Name, job title, and complete mailing address)    Florence, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _✓_ Yes ___ No (*check one*).  Briefly explain:

The defendant is employed by the federal Bureau of Prison

Defendant 1 is being sued in his/her _✓_ individual and/or ___ official capacity.

Defendant 2: _____N|A_____

(Name, job title, and complete mailing address)

_____N|A_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*).  Briefly explain:

_____N|A_____

_____N|A_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____N|A_____

(Name, job title, and complete mailing address)

_____N|A_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*).  Briefly explain:

_____N|A_____

_____N|A_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___    42 U.S.C. § 1983 (state, county, and municipal defendants)

✓    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___    Other: (*please identify*) _____

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Excessive use of force, Personal injury, false charges in disciplinary proceeding.

Supporting facts:

Please review Plaintiff 6 Page Attached Complaint.

Incident Report Marked as Exhibit A
Extension UDC Hearing document Marked as Exhibit A-1
Re-wrote same incident Report Marked as Exhibit A-2
2 Page Discipline Hearing officer Report Marked as Exhibit A-3

### E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):        ECK, et al

Docket number and court:        3:16-CV-00644 - JMM - MCC

Claims raised:        Excessive use of force

Disposition: (is the case still pending?  Relief was granted
has it been dismissed?; was relief granted?)  Plaintiff used funds for education

Reasons for dismissal, if dismissed:        _____

Result on appeal, if appealed:        _____

### F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)        Administrative remedy # 963150 - A1

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* (1) Monetary damages for Pain and Suffering according to Proof at trial.

(2) Compensatory and Punitive damages according to Proof at trial.

(3) Costs of suit incurred in bringing this action;

(4) Permanent injunction ordering the change of Policy to include Videotaping of 2-hour restraint checks to Protect both Staff and Prisoners from false allegations and Assaults.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

December 26, 2019
_____
(Date)

(Form Revised December 2017)

6

In the United States District Court
For the District of Colorado

Brandon Jacoby Holmes,
        Plaintiff,                    Demand Jury Trial

vs.                          Civil Action No.
                                    Supplied by court
N. Rudd
        Defendant      Complaint for Personal Injury,
                       Excessive use of force, false
                       charges in disciplinary
                       proceedings.

## Cause of Action

(1) On November 4th, 2018 at approximately 10:40am while in C-Unit Observation cell in full body Ambulatory restraints, exercising my 1st Amendment right to peacefully protest and sacrifice myself to bring awareness to the regional office of the ongoing corruption taking place here at the ADX institution. I was physically assaulted, injured, humiliated and falsly accused by lieutenant N. Rudd,

2 of 6

(2.) When Lieutenant Rudd entered the observation cell to conduct his 2-hour restraints check and stated: "I'm tired of you fucking monkeys causing problems, I'm taking you out of restraints."

(3.) I responded by stating: "I'm exercising my 1st Amendment right to peacefully protest and bring awareness to the regional office of the corruption taking place at this ADX institution."

(4.) Lieutenant Rudd responded by stating: that you niggers don't have any rights but those that we give you, which we can easily take away.

(5.) I replied by stating fuck you, I'm a American and know my rights and those days of taking people human rights away no longer exist, because all white people don't feel like you do.

3 of 6

6.) lieutenant Rudd responded by using his closed fisted to inflict bodily harm to my person, by punching me several times upon my ribs and stomach area, causing me serious pain and suffering, which resulted and me losing my bowels both urinating and defecating upon my self.

7.) Afraid for my life Physically injuried Humiliated and unable to defend my self against lieutenant Rudd Physical Assault I attempted to yell for help, but didn't receive any.

8.) lieutenant Rudd then Proceeded by Placing both his hands around my throat choking me until i fell unconscious.

9.) When i awoke, laying on my **back** i noticed that lieutenant Rudd had exited the observation cell and was standing infront of the observation cell speaking with several correctional officers

10.) Lieutenant Rudd once again entered the observation cell and directed the officers to transition me from Ambulatory restraints to four point restraints and to place the hand restraints over my head very tight to insure I feel the Pain.

11.) Lieutenant Rudd orders were followed causing me additional Pain and suffering, leaving me in this condition for at least 36 hours refusing any request(s) I made to be taken off four point restraints.

12.) Lieutenant Rudd before taking the Photo of my face, after his assault upon me threaten to beat my ass some more if I didn't smile for the Photo camera, before taking the Photo and exiting the observation cell.

13.) Finally after being down graded from four point restraints. I was delivered a falsified incident report # 3188355 on November 5, 2018 approximately at 5:19 Pm for an attempted assault on staff code: 224 A written by Lieutenant Rudd on November 4, 2018 at 10:55 am.

5 of 6

14.) Upon a new investigation, on November 29, 2018, the incident report was re-written by lieutenant Mr. N. Rudd who told an entirely different story than his first written incident report written on November 4, 2018.

15.) Which lead the discipline Hearing officer (DHO) Mr. M. Banuelas to conduct his own investigation into this matter, and it was later determined by this DHO officer that there was no evidence to support lieutenant Rudd allegations of Attempted Assault, and the incident report was expunged based on the lack of evidence.

16.) What happened to me actually represents "Prison Policy and Practice" at this institution and is not just a particular prison employee violating the rules, the average prisoner just don't possess the will and determination to see their complaints through.

17.) Plaintiff prays for judgement against the defendant for the above-described injuries and losses.

6 of 6

## Request for Relief

(1.) Monetary damages for pain and suffering according to proof at trial.

(2.) Compensatory and Punitive damages according to proof at trial.

(3.) Costs of suit incurred in bringing this action.

(4.) Permanent injunction, ordering the change of policy to include videotaping of 2-hour restraint checks to protect both staff and prisoners from false allegations and Assaults.

I, declare under penalty of perjury that I am the Plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621

Date: _____    Plaintiff Signature: Branden Holmes

Branden J. Holmes